[No. 15889-6-III.    Division Three.    December 2, 1997.]

Truck Insurance Exchange, *Appellant*, v. Sydney L. Hiatt, et al., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-2-00108-1, Kenneth L. Jorgensen, J., entered May 4, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Kato, J.


[No. 16139-1-III.    Division Three.    December 2, 1997.]

The State of Washington, *Respondent*, v. Michael Burke Fleming, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00060-5, Michael E. Donohue, J., entered September 5, 1996. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.


[No. 16221-4-III.    Division Three.    December 2, 1997.]

F. Daniel Frost, *Trustee, Respondent*, v. Tree Top, Inc., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-2-00435-6, Dennis D. Yule, J., entered October 24, 1996. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz and Brown, JJ.